ETHEL P. YOUNG, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 38868. Promulgated November 16, 1931.

*A. Calder Mackay, Esq.*, and *Thomas R. Dempsey, Esq.*, for the petitioner.

*B. M. Coon, Esq.*, for the respondent.

OPINION.

TRAMMEL: The decision of the one issue involved in this proceeding is controlled by *Angie E. Reid*, 22 B. T. A. 1150, wherein we held that under the Revenue Act of 1921, which governs in the instant case, the donee of an interest in property known to be oil bearing is entitled to an allowance for depletion based upon the fair market value of the property interest at the date of acquisition.

The respondent's determination is erroneous and this petitioner is entitled to a deduction, from her gross income for 1923, of depletion computed in accordance with this decision and the findings of fact hereinbefore set forth.

*Judgment will be entered under Rule 50.*